**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Sharon E. Biefelt,** | ) | **CASE NO. 1:05 CV 2615** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **John E. Potter,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendant's Motion for Summary Judgment (Doc. 17), hereby enters judgment for defendant.

IT IS SO ORDERED.

<u>/s/ Patricia A. Gaughan</u>
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/13/06